NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELISEO SALDANA,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-3747
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
                                         )
_____ )

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

PER CURIAM.

          Affirmed.

SILBERMAN, BLACK, and SLEET, JJ., Concur.